UNITED STATES of America, Appellee,

v.

Sergio HERNANDEZ–ARELLANO, Appellant.

No. 01–1642.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 28, 2001.

Filed Aug. 31, 2001.

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

After he was sentenced upon his conviction of illegal reentry following deportation for an aggravated felony, Sergio Hernandez–Arellano filed his notice of appeal twenty-one days after judgment was entered in the district court.[1] Although Hernandez–Arellano's notice of appeal is untimely, *see* Fed. R.App. P. 4(b)(1)(A)(i), we remand the case to the district court to determine whether the time for filing a notice of appeal should be extended under Federal Rule of Appellate Procedure 4(b)(4). *See United States v. Austin,* 217 F.3d 595, 597 (8th Cir.2000); *United States*

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

*v. Petty,* 82 F.3d 809, 810 (8th Cir.1996) (per curiam).